JS-6

FILED
CLERK U.S. DISTRICT COURT
APR - 1 2008
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MOORE, | Case No. CV 07-4109 PA(JC) |
| Plaintiff, | ~~(PROPOSED)~~ |
| v. | JUDGMENT |
| KEVIN POLWORT, et al., | |
| Defendants. | |

IT IS HEREBY ADJUDGED that this action is dismissed as against all defendants without prejudice.

DATED: April 1, 2008

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE